IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JYRAN MITCHELL, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) NOTICE OF REMOVAL OF ACTION |
| VILLAGE OF MATTESON, a municipal corporation, MATTESON POLICE OFFICER DOMINIC BATES, in his individual capacity, and as employee of VILLAGE OF MATTESON; ILLINOIS STATE TROOPER MATTHEW DUMAIS, in his Individual capacity; and ILLINOIS STATE TROOPER EDUARDO REYES, in his individual capacity, | ) UNDER 28 U.S.C. §1441(a) ) Federal Question |
|     Defendants. | ) |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendants Village of Matteson and Matteson Police Officer Dominic Bates hereby remove this civil action from the Circuit Court of Cook County, where it is currently pending as Case. No. 2018 L 11501, to the United States District Court for the Northern District of Illinois, Eastern Division.

In support thereof Defendants Village of Matteson and Bates state as follows:

    1.    On October 23, 2018 Plaintiff Jyran Mitchell filed a Complaint against Defendants Village of Matteson, Matteson Police Officer Dominic Bates, Illinois State Trooper Matthew Dumais, and Illinois State Trooper Eduardo Reyes in the Circuit Court of Cook County, Case No. 2018 L 11501, attached hereto as Exhibit A. No federal claims are alleged in this Complaint.

    2.    Counsel for Defendants Village of Matteson and Bates waived service and filed his appearance for Defendants Village of Matteson and Bates on November 8, 2018. (Exhibit B).

3. On March 6, 2019, Plaintiff filed an Amended Complaint, attached hereto as Exhibit C. No federal claims are alleged in this Amended Complaint.

4. On January 29, 2020, Plaintiff filed a Second Amended Complaint. (Exhibit D). This Complaint alleges the new federal claims of excessive force in violation of 42 U.S.C. §1983 (Count V) and failure to intervene in violation of 42 U.S.C. §1983 (Count VI) against Defendants Dumais, Reyes and Bates.

6. Pursuant to the new claims added in the Second Amended Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. §1331, and therefore this case may be removed to this Court by Defendants Village of Matteson and Bates pursuant to the provisions of 28 U.S.C. §1441(a).

7. Defendants Dumais and Reyes waived service of the Second Amended Complaint, and consent to the removal of this action to Federal Court. (Exhibit E, Affidavit of attorney).

9. Pursuant to 28 U.S.C. §1446(a), all other orders from this case are attached hereto as Exhibit F.

10. Pursuant to 42 U.S.C. §1446(d), promptly after filing this notice of removal, counsel for Defendants Village of Matteson and Bates shall cause written notice of the filing to be sent to counsel for Plaintiff. Additionally, counsel for Defendants Village of Matteson and Bates shall file a copy of the notice of removal with the clerk of the Cook County Circuit Court.

**VILLAGE OF MATTESON AND MATTESON OFFICER BATES**

By: */s/ Michael J. McGrath*
One of their attorneys

Odelson & Sterk, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
(708) 424-5678