# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JYRAN MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VILLAGE OF MATTESON, OFFICER DOMINIC BATES, ILLINOIS STATE TROOPER MATTHEW DUMAIS, in his individual capacity; and ILLINOIS STATE TROOPER EDUARDO REYES, in his individual capacity,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00990<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## THE STATE DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendants, Illinois State Police Trooper Matthew Dumais ("Trooper Dumais") and Illinois State Police Trooper Eduardo Reyes ("Trooper Reyes") (collectively, the "State Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Local Rule 56.1(a)(3), hereby submit their statement of material facts as to which there is no genuine issue, and which entitle them to summary judgment as a matter of law. The grounds for the State Defendants' Motion for Partial Summary Judgment are set forth in the accompanying Memorandum of Law. As a result, this Honorable Court should enter a finding of summary judgment in favor of the State Defendants.

### EXHIBIT LIST

　　A.　　Plaintiff's Second Amended Complaint
　　B.　　The State Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint
　　C.　　Deposition of Plaintiff, Jyran Mitchell
　　D.　　Deposition of Carolyn Mitchell
　　E.　　Deposition of Trooper Matthew Dumais
　　F.　　Deposition of Trooper Eduardo Reyes

1

G. Deposition of Officer Dominic Bates
H. Affidavit of Trooper Matthew Dumais
I. Affidavit of Trooper Eduardo Reyes
J. November 22, 2019 Memorandum Opinion and Order, Hon. Allen P. Walker, Circuit Court of Cook County.

## PARTIES

1. Plaintiff Jyran Mitchell, at all relevant times, was a resident of the Village of Matteson, County of Cook, State of Illinois, and a citizen of the State of Illinois. (Ex. B, ¶ 10).
2. Defendant Village of Matteson is a municipal corporation organized, existing and doing business under the laws of the State of Illinois, and at all relevant times provided police services in the Village of Matteson through the Matteson Police Department. (Ex. B, ¶ 11).
3. Defendant Officer Dominic Bates, at all relevant times, was a sworn police officer employed by Defendant Village of Matteson. (Ex. B, ¶ 13).
4. Defendant Trooper Matthew Dumais, at all relevant times, was employed by the Illinois State Police and is a resident of Cook County, Illinois. (Ex. B, ¶ 14); (Ex. H).
5. Defendant Trooper Eduardo Reyes, at all relevant times, was employed by the Illinois State Police and is a resident of Cook County, Illinois. (Ex. B, ¶ 15); (Ex. I).

## JURISDICTION AND VENUE

6. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1331 because this action arises, in part, under the laws of the United States, specifically 42 U.S.C. § 1983. (Ex. A, ¶ 8); (Ex. B, ¶ 8). The parties do not contest subject matter jurisdiction.
7. Venue is proper in the Northern District of Illinois, Eastern Division, pursuant to 28 USC § 1391, because the events alleged in Plaintiff's Second Amended Complaint occurred in Matteson, Illinois, which lies within the Northern District of Illinois. (Ex. A, ¶ 9); (Ex. B, ¶ 9).

## FACTS SPECIFIC TO PLAINTIFF'S STATE-LAW CLAIMS

8. On February 2, 2018, at all relevant times, Trooper Dumais was on duty, working as an Illinois State Police Trooper, patrolling I-294. (Ex. E, pp. 13:3–5, 13:14–17, 38:5–12, 53:17–23); (Ex. H).
9. On February 2, 2018, at all relevant times, Trooper Reyes was on duty, working as an Illinois State Police Trooper, patrolling I-294. (Ex. E, p. 38:5–12); (Ex. F, p. 72:12–17); (Ex. I).
10. On February 2, 2018, Trooper Dumais pulled over a black 2013 Jaguar on I-294, for speeding and driving erratically. (Ex. A, ¶ 16); (Ex. B, ¶ 16); (Ex. E, pp. 53:17–23, 54:5–8, 55:21–56:1, 76:13–20).

11. After pulling the black 2013 Jaguar over, when Trooper Dumais got out of his vehicle to approach the car, the Jaguar fled the traffic stop. (Ex. A, ¶ 18); (Ex. B, ¶ 18); (Ex. E, pp. 54:5–8, 76:13–20, 77:23–78:2).
12. Upon running the license plate of the Jaguar, Trooper Dumais discovered that the black 2013 Jaguar was registered to Shawn Mitchell, and to the address of 612 Goldenrod Circle in Matteson, Illinois (the "Mitchell residence"). (Ex. A, ¶ 21); (Ex. B, ¶ 21); (Ex. E, pp. 90:22–91:15, 92:18–93:8, 96:2–4).
13. Trooper Dumais also viewed Shawn Mitchell's driver's license picture in the state driver's license database. (Ex. A, ¶ 22); (Ex. B, ¶ 22); (Ex. E, p. 91:13–92:5).
14. Trooper Dumais proceeded to the Mitchell residence to find the car, where he was met by Officer Bates, and, eventually, Trooper Reyes. (Ex. A, ¶¶ 23, 29); (Ex. B, ¶¶ 23, 29); (Ex. E, pp. 99:15–22, 109:18–23); (Ex. F, pp. 85:8–9, 88:3–10, 88:23–89:2); (Ex. G, pp. 79:18–21, 83:20–23).
15. In the driveway of 612 Goldenrod Circle was a black 2017 Chevrolet Malibu, registered to Jyran Mitchell, Shawn Mitchell's brother, who also resided at the house. (Ex. A, ¶¶ 30, 36); (Ex. B, ¶¶ 30, 36); (Ex. E, p. 105:1–9); (Ex. G, p. 79:7–14).
16. Trooper Dumais and Officer Bates proceeded to the porch of the Mitchell residence and spoke with another resident, Carolyn Mitchell, while searching for their suspect, Shawn Mitchell. (Ex. B, ¶¶ 38–40); (Ex. D, pp. 34:1–9, 35:14–36:14, 37:7–19); (Ex. E, pp. 126:1–16, 129:19–130:13); (Ex. G, pp. 94:19–95:3, 97:12–98:5, 99:12–100:16).
17. Plaintiff appeared at the door during the conversation where Trooper Dumais and Officer Bates were asking for Shawn Mitchell, the suspect. (Ex. B, ¶ 41); (Ex. C, pp. 57:6–23, 68:2–12); (Ex. D, p. 37:7–19); (Ex. E, p. 135:15–18); (Ex. G, p. 102:12–25).
18. During the course of the conversation in the doorway, Jyran Mitchell stepped out of the Mitchell residence. (Ex. B, ¶ 48); (Ex. D, p. 37:7–19, 40:2–19, 41:10–17); (Ex. E, p. 147:2–4); (Ex. G, p. 111:4–23).
19. After the Plaintiff stepped outside, Trooper Dumais and Officer Bates restrained Jyran and put him in handcuffs, believing him to be Shawn, his brother. (Ex. A, ¶ 49); (Ex. C, p. 87:2–3); (Ex. D, pp. 43:4–13, 44:4–6, 44:16–45:10); (Ex. E, pp. 142:12–18, 148:6–23); (Ex. G, pp. 125:10–17, 129:15–130:16).
20. While Jyran was being restrained and put in handcuffs, Plaintiff alleges Officer Bates kicked the side of his knee, which buckled. (Ex. A, ¶ 50); (Ex. C, pp. 83:6–10, 84:5–24); (Ex. D, pp. 47:1–48:15). Plaintiff does not allege that Trooper Dumais or Trooper Reyes kicked his knee at any time. *Id*.
21. After he was handcuffed, Trooper Dumais and Officer Bates took Plaintiff to Trooper Dumais' vehicle. (Ex. A, ¶ 63); (Ex. C, pp. 87:17–88:18); (Ex. E, p. 152:8–11); (Ex. F, p. 88:3–17); (Ex. G, p. 142:7–15).
22. Trooper Reyes arrived at the Mitchell residence after Plaintiff was handcuffed, as he was being walked to one of the police vehicles. (Ex. E, pp. 157:14–158:6); (Ex. F, pp. 85:8–9, 88:3–10, 88:23–89:2); (Ex. G, pp. 33:24–34:21, 141:24–142:3, 171:22–25, 172:7–18).
23. As Plaintiff was sitting in Trooper Dumais' vehicle, the State Defendants continued their investigation into the identity of Shawn Mitchell and Jyran Mitchell. This

3

24. included entering information into a police laptop. (Ex. A, ¶ 65); (Ex. B, ¶ 65); (Ex. C, pp. 88:22–89:4, 89:11–90:6); (Ex. E, pp. 162:16–163:3, 163:15–165:8).
24. After the State Defendants confirmed Plaintiff was not the registered owner of the suspect vehicle that fled earlier, Plaintiff was released from Trooper Dumais' vehicle, the handcuffs were removed, and he was allowed to go free. (Ex. A, ¶ 65); (Ex. B, ¶ 65); (Ex. C, pp. 89:11–90:6, 91:4–20); (Ex. E, pp. 163:15–165:8, 168:19–169:2); (Ex. F, p. 114:3–115:10); (Ex. G, p. 148:4–16, 172:7–18).
25. While this case was in State Court, the Hon. Allen P. Walker dismissed the Plaintiff's state-law claims against the State Defendants based on sovereign immunity. (Ex. J).

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/* Daniel J. Berkowitz
Daniel J. Berkowitz
Assistant Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3649
dberkowitz@atg.state.il.us

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to applicable rules of civil procedure and local rules, the undersigned certifies that he caused a copy of the foregoing, and all attached exhibits, to be served upon the parties and/or counsel listed below via electronic service through the court's electronic filing system and/or e-mail at or before 5:00 p.m. on November 19, 2020.

/s/ Daniel J. Berkowitz

| Counsel for Plaintiff:<br><br>Victor P. Henderson<br>Devlin J. Schoop<br>THE COCHRAN FIRM<br>140 S. Dearborn – Suite 1020<br>Chicago, Illinois 60603<br>vhenderson@cochranfirm.com<br>dschoop@cochranfirm.com | Counsel for Defendants Village of Matteson and Matteson Police Officer Dominic Bates<br><br>Michael J. McGrath<br>ODELSON, STERK, MURPHEY, FRAZIER & MCGRATH, LTD.<br>3318 West 95th Street<br>Evergreen Park, IL 60805<br>mmcgrath@osmfm.com |
|---|---|